**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **BROADCAST MUSIC, INC.; GIBB BROTHERS MUSIC; CROMPTON SONGS; EVERGREEN POP AND ALTERNATIVE LLC d/b/a MUSIC OF EVERPOP; and EMI BLACKWOOD MUSIC, INC.,** | **)** | |
| ***Plaintiffs,*** | **)** | **CASE NO.** |
| **v.** | **)** | |
| **E & J SCHMIT ENTERPRISES, LLC d/b/a DURBIN'S PIZZA OF PLAINFIELD; and EDWARD SCHMIT, individually,** | **)** | |
| ***Defendants*** | **)** | |

**COMPLAINT**

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

**JURISDICTION AND VENUE**

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

**THE PARTIES**

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical

compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Gibb Brothers Music is a business name of the Estate of Maurice Ernest Gibb and the Estate of Robin Gibb. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Crompton Songs is a sole proprietorship owned by Barry Alan Gibb. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Evergreen Pop and Alternative LLC is a limited liability company d/b/a Music of Everpop. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff EMI Blackwood Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Defendant E & J Schmit Enterprises, LLC is a limited liability company organized and existing under the laws of the State of Illinois.

10. Defendant E & J Schmit Enterprises, LLC operates, maintains, and controls an establishment known as Durbin's Pizza of Plainfield, located at 16031 South Lincoln Highway, Plainfield, Illinois 60586, (the "Establishment") in this district.

11. In connection with the operation of the Establishment, Defendant E & J Schmit Enterprises, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

12. Defendant E & J Schmit Enterprises, LLC has a direct financial interest in the Establishment.

13. Defendant Edward Schmit is the President and Manager of the Defendant E & J Schmit Enterprises, LLC with primary responsibility for the operation and management of that limited liability company and the Establishment.

14. Defendant Edward Schmit has the right and ability to supervise the activities of Defendant E & J Schmit Enterprises, LLC and has a direct financial interest in that limited liability company and the Establishment.

15. Upon information and belief, Defendant Edward Schmit resides in this district at 10441 Palos West Drive, Palos Park, Illinois 60464.

**CLAIMS OF COPYRIGHT INFRINGEMENT**

16. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 15.

17. Plaintiffs allege four (4) claims of willful copyright infringement, based upon the Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against the Defendants.

18. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by the Defendants. The Schedule contains information on the four (4) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 provides the claim

number; Line 2 lists the title of the musical composition related to that claim; Line 3 identifies the writer(s) of the musical composition; Line 4 identifies the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 provides the date on which the copyright registration was issued for the musical composition; Line 6 lists the copyright registration number(s) for the musical composition; Line 7 shows the date(s) of infringement; and Line 8 identifies the Establishment where the infringement occurred.

19. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

20. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

21. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

22. For each work identified on the Schedule, on the date(s) listed on Line 7, the Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, the Defendants have committed copyright infringement.

23. The specific acts of copyright infringement alleged in the Complaint, as well as the Defendants' entire course of conduct, have caused and are causing Plaintiffs great and

incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay actual or statutory damages, pursuant to 17 U.S.C. Section 504(a)–(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: September 8, 2015

Respectfully submitted,

*/s/ Charles A. Laff*

Charles A. Laff
Paul R. Coble
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601-6710
T: 312.222.0800; F: 312.222.0818
calaff@michaelbest.com
pcoble@michaelbest.com

*Attorneys for Plaintiffs*

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77 2/13/78<br>3/19/84 3/19/84 |
| Line 6 | Registration No(s). | Eu 761684 PA 178<br>PA 209-625 PAu 618-264 |
| Line 7 | Date(s) of Infringement | 4/10/2015 |
| Line 8 | Place of Infringement | Durbin's Pizza of Plainfield |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Semi Charmed Life |
| Line 3 | Writer(s) | Stephan Jenkins |
| Line 4 | Publisher Plaintiff(s) | Evergreen Pop and Alternative LLC d/b/a Music Of Everpop |
| Line 5 | Date(s) of Registration | 8/25/97 12/2/98 |
| Line 6 | Registration No(s). | PA 797-856 PA 913-999 |
| Line 7 | Date(s) of Infringement | 6/12/2015 |
| Line 8 | Place of Infringement | Durbin's Pizza of Plainfield |

---

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 3 | |
| Line 2 | Musical Composition | Tubthumping | |
| Line 3 | Writer(s) | Nigel Hunter, Darren Hamer, Bruce Duncan, Paul Greco, Judith Abbott, Alice Nutter (aka Anne Holden), Louise Watts, Allen Whalley | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. | |
| Line 5 | Date(s) of Registration | 6/3/98 | |
| Line 6 | Registration No(s). | PA 904-781 | |
| Line 7 | Date(s) of Infringement | 4/10/2015 | 6/12/2015 |
| Line 8 | Place of Infringement | Durbin's Pizza of Plainfield | |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Hit 'Em Up Style a/k/a (Oops) Hit 'Em Style |
| Line 3 | Writer(s) | Dallas Austin |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 12/26/01 |
| Line 6 | Registration No(s). | PA 1-069-842 |
| Line 7 | Date(s) of Infringement | 6/12/2015 |
| Line 8 | Place of Infringement | Durbin's Pizza of Plainfield |

---